UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE ALTMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, a division of Wells Fargo, N.A.; and TRUSTEE CORPS,<br><br>　　　　Defendants. | No. 1:15-cv-00880-GEB-GSA<br><br>ORDER |

　　　　This Order issues because of representations made by each Defendant in a dismissal motion and by Plaintiff in his opposition to each Defendant's dismissal motion concerning the following prior action filed in this district: Altmann v. PNC Mortg., No. 1:11-cv-01807-LJO-MJS. (See Trustee Corp.'s Mot. Dismiss 1:7-11, ECF No. 29-1 (stating: "**[T]he . . . [d]istrict [c]ourt already adjudicated the issues in this case in the case entitled [Altmann], et al. v. PNC Mortg[.], et al., . . . No. 1:11-cv-[01807])**;" Rushmore and Wells Fargo's Mot. Dismiss 5:21-24, ECF No. 23 (stating: "**the same claims against [Defendants in the instant case] . . . were previously dismissed by th[e c]ourt [in Plaintiff's 2011 case filed as 1:11-cv-01807]**"); Pl.'s Opp'n to Defs.' Mot 2:2-3, ECF No. 27-1 (indicating that the instant

1

case is based on "new facts that were unavailable to Plaintiff" at the time 1:11-cv-01807 was pending.))

Since Local Rule 123(b) obligates counsel to "promptly file in each action . . . a Notice of Related Cases" document when "[c]ounsel . . . has reason to believe that an action . . . may be related to another action on file (whether or not dismissed . . . )," a party shall file a Notice of Related Cases document no later than August 24, 2015 in each action opined to be related. Alternatively, each party shall show cause ("OSC") why a sanction should not be imposed for failure to comply with Local Rule 123 in a filing due no later than August 24, 2015. If a hearing is desired on the OSC, it shall be requested in the response to the OSC.

Further, the pending dismissal motions are deemed withdrawn because of each counsel's failure to comply with Local Rule 123, but can be re-noticed for hearing after a decision is filed on the Notice of Related Cases issue.

Dated:  August 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2